**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Texan Wire Wheels, LLC,<br><br>Plaintiff,<br>v.<br><br>John Does 1-100, Jane Does 1-100 Individuals, corporations, or unincorporated associations operating the storefronts and digital profiles identified in Exhibit 1, and XYZ Company,<br><br>Defendants. | ) | Court File No.:<br><br><br>**COMPLAINT** |

**PLAINTIFF'S COMPLAINT FOR TRADEMARK INFRINGMENT AND LANHAM ACT VIOLATIONS**

Plaintiff, Texan Wire Wheels, LLC, by its attorneys, files this complaint against defendants, alleging as follows:

**JURISDICTION AND VENUE**

1. This action arises under the Lanham Trademark Act 15 U.S.C. §§ 1051 *et seq*. (the "Lanham Act"). Accordingly, this Court has federal question jurisdiction over the subject matter of this action pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1338(a), (b). Venue in this district is proper under 28 U.S.C. § 1391(b).

**PARTIES**

1. Texan Wire Wheels, LLC is a Texas domestic corporation organized under and pursuant to the laws of the state of Texas having its principal place of business located in Houston, Texas. Texan Wire Wheels, LLC specializes in the manufacture, promotion, and sale of wire wheels for motor vehicles, vehicle accessories as well as, clothing,

buttons, keychains and caps containing the images, trademarks, service marks and trade dress of Plaintiff's Products and Merchandise.

2. Defendants John Does 1-100, Jane Does 1-100 and XYZ Company who are sued herein under fictitious names because their true names and capacities are unknown currently. This complaint will be amended when their true names and capacities are ascertained.

3. Upon information and belief, the individual defendants and XYZ Company through its agents, servants and employees, will be present in and about the Southern District of Texas, Houston Division in connection with the claims asserted below and are or will be subject to the jurisdiction of this Court.

4. Defendants, and each of them, are individuals and business entities who, upon information and belief, act in concert and active participation with each other in committing the wrongful acts alleged herein. Defendants John Does 1-100, Jane Does 1-100, and XYZ Company are hereinafter referred to collectively as "Defendants."

## THE BACKGROUND OF THE ACTION

5. Plaintiff is engaged in the manufacture, distribution and sale of various types of merchandise sold and distributed from its own and affiliated websites and online retail stores, promotional events and car shows including but not limited to, vehicle wheels, wheel caps, clothing, hats and novelty items (collectively "Products and Merchandise") which contain the trademarks, service marks, trade dress, likenesses, logos and other indicia of affiliation with or origination from Texan Wire Wheels, LLC.

6. Plaintiff came into existence on May 10, 2006 to produce and sell spoked protruding wire rims. In addition to producing mid-extended rims, Plaintiff created a new, unique product design for the rims the extended beyond the rim.

7. Adopting local urban community colloquialisms, Plaintiff referred to its initial designs as 83s and 84s. The rims consisted of a series of wire spokes that protruded from the rims' base and connected together at one final protruding point. The consuming public commonly referred to the rims as 83s, 84s, and Swangas. The rims were very popular throughout urban communities in America, particularly in Houston, Texas. Everyone from regular citizens to famous musicians and athletes purchased the rims. The rims were also commonly displayed on vehicles during car shows such as Houston's Annual Los Magnificos Car Show, in famous artists' music videos, and prominently displayed in television brodcasts, such as the "Beyonce Bowl" during the Christmas NFL Half-time Show that aired worldwide as recently on December 24, 2024 .

8. On August 21, 2007, Plaintiff created a subsequent series of 83s and 84s that protruded over twenty (20) inches from the rim's base. Plaintiff named this second series of rims "Poke", "Super Poke", "Extreme Poke", "Orangatang Poke", and "Giraffe Poke" wheels (collectively referred to as "rims" or "wheels"). This second series of wheels consisted of Plaintiff's product line. Because Plaintiff's rims protruded further than other wire wheels, Plaintiff created a new feature, design, and configuration, which distinguished Plaintiff's rims from all other wheels. As a result, the consuming public overwhelming identified the protruding wire wheels with Plaintiff.

9. Furthermore, Plaintiff advertised and distributed its rims throughout Houston, Texas, America, Canada, and Mexico, with the majority of its customers located in Texas, Louisiana, and California.

10. To ensure that Plaintiff's rights were protected, Plaintiff filed trademarks for 83s®,[1] 84s®,[2] SWANGAS®,[3] GOT SWANGAS? ®,[4] POKE®,[5] SUPER POKE®,[6] EXTREME POKE,®[7] ELBOW,®[8] and SLAB CULTURE®[9]. On October 7, 2016, Plaintiff obtained registration for its trade dress and new product design.[10] Together the foregoing comprises TWW's Marks.

11. Texan Wire Wheels maintains strict quality control standards for all goods and services under the Texan Wire Wheels brand and trademarks.

12. Each year Texan Wire Wheels spends substantial resources in marketing and promoting the Texan Wire Wheels brand and trademarks as well as sells hundreds of thousands of dollars of goods and services bearing the Texan Wire Wheels brand and trademarks.

13. As a result of Texan Wire Wheels' exclusive and extensive use and

---

[1] Registration No. 3988183.
[2] Registration No. 3988184.
[3] Registration No. 3988199.
[4] Registration No. 3988198.
[5] Registration No. 4238112.
[6] Registration No. 3882951.
[7] Registration No. 3882953.
[8] Registration No. 3988200.
[9] Registration No. 3646070

[10] Registration No. 5204602.

promotion of the Texan Wire Wheels brand and trademarks for many years, the marks have acquired enormous value and recognition in the United States and elsewhere throughout the world, all of which inures to the benefit of Texan Wire Wheels. Consumers, potential customers and other members of the public not only associate the Texan Wire Wheels brand and trademarks with exceptional materials, style and workmanship approved by Texan Wire Wheels, but also recognize that goods and services bearing the Springboard brand and Trademarks originate exclusively with Texan Wire Wheels. Accordingly, the Texan Wire Wheels brand and trademarks are symbols of Texan Wire Wheels' superior quality, reputation, and goodwill and serve as instant source identifiers for Texan Wire Wheels' products.

14. Years after Plaintiff began selling its new rim, Defendants above-captioned manufactured, promoted, and sold 30 spoke wire wheels in scale size, clothing, buttons, keychains, caps, clothing, and actual wire wheels which were similar and/or identical to or contained the images, trademarks, service marks and trade dress of Plaintiff's Products and Merchandise.

15. Defendants advertised their products on their respective websites, representative/marketing/distribution websites, Facebook, You Tube, Instagram, Etsy, Amazon and on other social media, which were viewed online by consumers throughout the United States.

16. After Defendants began selling and/or promoting their products in Houston, Texas, Houston consumers contacted Plaintiff to determine whether Defendants were

authorized to sell Defendants' versions of Plaintiff's wheels.

17. In addition to the registration of its trade dress, Plaintiff's wheels are also known as and sold under its various trademarks including POKE®, SUPER POKE®, EXTREME POKE®, 83S®, 84S®, SWANGAS®, ELBOW®, SWANG®, GOT SWANGAS®, "ORANGATANG POKE®" and "GIRAFFE POKE®" wheels.

18. The foregoing registrations are valid, subsisting, and in full force and effect.

19. Additionally, Texan Wire Wheels has common law trademark rights in the TWW unregistered trademarks for use in connection with products and services in the vehicle wheels' field and other related fields.

20. Texan Wire Wheels, LLC is also the owner of and has registered and common law trade dress rights in and to the subject of Trademark Registration No. 5,204,602



consisting of a three-dimensional configuration of a vehicle wheel featuring an arrangement of wire spokes emanating from a tire hub whereby one long and straight spoke is placed in-between two short and slightly curved spokes in a repeated pattern around the wheel

21. Texan Wire Wheels, LLC is the exclusive owner of all the trademark rights in and to Texan Wire Wheels, LLC'S trademarks (as referenced above and outlined below) for various goods and services related to vehicle wheels.

22. Texan Wire Wheels, LLC offers for sale vehicle wheels and related vehicle products and accessories. The Texan Wire Wheels, LLC Trademarks are uniquely associated with the Texan Wire Wheels brand and have come to symbolize the exceptional quality that consumers can expect from Texan Wire Wheels, LLC as the source of such products and services. Accordingly, Texan Wire Wheels, LLC enjoys strong consumer loyalty, recognition, and goodwill in the vehicle wheels field and its related marketplace.

23. Texan Wire Wheels, LLC' present action arises from Defendants' unauthorized manufacture, production, distribution, advertisement, promotion, marketing, offering for sale, and/or selling counterfeit items and other products bearing the Texan Wire Wheels, LLC trade dress and trademarks and/or otherwise infringing Plaintiff's Products and Merchandise.

24. Defendants herein are not connected or affiliated with Texan Wire Wheels, LLC in any way, nor do Defendants have permission from Texan Wire Wheels, LLC to use any of its Trademarks or any other intellectual property belonging to Texan Wire Wheels. Rather, Defendants are blatantly exploiting the Texan Wire Wheels, LLC trade dress and trademarks for their own commercial gain, intending to confuse and deceive the public by drawing on Texan Wire Wheels' goodwill in the marketplace. By offering for sale the infringing products and services, Defendants

intend to, and are likely to, cause confusion and to deceive consumers and the public regarding the source of Defendants' merchandise, all to the detriment of Texan Wire Wheels.

25. Texan Wire Wheels, LLC has used its trademarks to identify officially authorized goods and services in interstate commerce and to distinguish its marks from those of others by, among other things, prominently displaying its trade dress and trademarks.

26. Texan Wire Wheels, LLC has a decidedly strong and loyal following especially among those who are car fans, car show, and vehicle rim enthusiasts.

27. TWW's Product and Merchandise have appeared famous artists' rap videos, "street anthems," in which the wheels are prominently featured, and even highlighted in sponsorship of a Houston Community Festival.[11]

28. As a result of the foregoing, each of Texan Wire Wheels, LLC trademarks and intellectual property has developed and now possesses secondary and distinctive meaning to purchasers of its Products and Merchandise. Plaintiff annually realizes substantial income from the sale of its Products and Merchandise bearing and displaying Texas Wire Wheels, LLC's trademarks, trade dress and other intellectual property.

29. Pursuant to its online monitoring, Plaintiff has discovered a massive increase in the deliberate us, production and sale of a variety of infringing products bearing and displaying Texas Wire Wheels, LLC's trademarks, trade dress and other intellectual property.

30. As previously noted, Plaintiff's Products and bearing and displaying Texas Wire Wheels, LLC's trademarks, trade dress and other intellectual property will be sold throughout the United States in connection with Plaintiff's ongoing business efforts.

## DEFENDANTS' UNLAWFUL CONDUCT

31. Defendants will continue to sell and distribute unauthorized and infringing vehicle wheels, miniature wheels in scale, T-shirts, jerseys, caps novelty items and/or other merchandise bearing and displaying Texas Wire Wheels, LLC's trademarks, trade dress and other intellectual property on websites and other social media.

32. For example, years after Plaintiff began selling its new rim, the above-captioned Defendants, on information and belief, manufactured, promoted, and sold 30 spoke wire wheels in scale size, which were similar and/or identical to Plaintiff's wire wheels.

33. Defendants advertised their products on their respective websites, representative/marketing/distribution websites, Facebook, You Tube and on other social media, which were viewed online by consumers throughout the United States.

34. After Defendants began selling and/or promoting their products in Houston, Texas, Houston consumers contacted Plaintiff to determine whether Defendants were authorized to sell Defendants' versions of Plaintiff's wheels.

35. Plaintiff has attempted to work with some social media organizations (like Facebook, Instagram, Amazon, Etsy, etc.) to bring down posts or sites of Defendants

---

[11] See Houston's 2017 Trae Day Community Celebration

engaging in the infringing activity including, but not limited to, Instagram. However, many continue to permit the infringing conduct and will not disclose the legal names of the parties engaged in the infringing activity.

36. The Infringing Merchandise is of the same general appearance as Plaintiff's Products and Merchandise and is likely to cause confusion among prospective purchasers. Defendants' infringing merchandise is not authorized by Plaintiff. The infringing merchandise sold by Defendants is generally of inferior quality.

37. The manufacture, distribution and sale of infringing merchandise is likely to injure the reputation of Texan Wire Wheels, LLC which has developed, by virtue of their numerous products and merchandise, the reputation for high quality associated with Plaintiff.

38. The aforesaid acts by Defendants and others are likely to cause the purchasing public to believe that the sale and distribution of such infringing merchandise is authorized, sponsored or approved by Texan Wire Wheels, LLC and that such Infringing Merchandise is subject to the same quality control and regulation required by Plaintiff, despite the fact that this is not true. It also injures Plaintiff in that Defendants do not have to pay any royalty for these unlawful sales.

39. The aforesaid manufacture, distribution and sale of infringing merchandise bearing and displaying Texas Wire Wheels, LLC's trademarks, trade dress and other intellectual property constitutes a false designation of the source of origin of such goods and falsely describes and represents such merchandise. The use by Defendants and

others of the Plaintiff's trademarks and intellectual property also constitutes an attempt to palm off and appropriate to themselves Plaintiff's exclusive rights therein.

40. Upon information and belief, Defendants and others have and will continue to engage in such infringing activities in this State and elsewhere in interstate commerce and are likely to continue such activities in defiance of Plaintiff's rights and to the great injury of Plaintiff.

41. Plaintiff has no adequate remedy at law and will suffer irreparable harm and damage as a result of the aforesaid acts, in an amount presently incalculable.

## FIRST CLAIM FOR RELIEF
## (Infringement of Registered Trademarks)

42. Plaintiff realleges each allegation set forth in the paragraphs above.

43. By reason of the foregoing, Plaintiff hereby asserts a claim against Defendants for injunctive and monetary relief pursuant to 15 U.S.C. § 1114(b) with respect to Defendants' infringement of Plaintiff's registered marks.

## SECOND CLAIM FOR RELIEF
## (Violation of the Lanham Act)

44. Plaintiff realleges each allegation set forth in the paragraphs above.

45. By reason of the foregoing, Plaintiff hereby asserts a claim against Defendants for injunctive and monetary relief pursuant to Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), with regards to the false designation of origin and false descriptions and representations in commerce of Defendants' infringing merchandise.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff, Texan Wire Wheels, LLC seeks relief against Defendants

as follows:

I. As to All Claims For Relief, that Defendants, their agents, servants, employees, officers, attorneys, successors and assigns, and all persons acting in concert with them, be enjoined in this and all other districts in the United States, preliminarily during the course of this litigation and permanently from: 1) manufacturing, distributing, selling, offering for sale, holding for sale or advertising any products, merchandise or goods bearing the trademarks, service marks, trade dress, likenesses, logos and other indicia of Texan Wire Wheels or any colorable variation or imitation thereof; and 2) representing that any products, merchandise or goods manufactured, distributed, sold, held for sale or advertised by them is sponsored or authorized by Plaintiff in this district or in any other district in which Plaintiff seeks to enforce this Court's injunction order.

II. As to All Claims For Relief, that this Court order the United States Marshal, the local and state police or sheriff, off duty officers of the same, authorized agents of Plaintiff, and/or any persons acting under their supervision to seize and impound any and all infringing merchandise which the Defendants attempt to sell, distribute or hold for sale.

III. That Defendants deliver up for destruction any and all Infringing Merchandise.

IV. As to All Claims For Relief, that Defendants pay to Plaintiff damages in an amount to be determined.

V. As to All Claims For Relief, that Plaintiff be awarded its costs, attorney's fees and such other and further relief as the Court deems to be just and proper.

RESPECTFULLY SUBMITTED,

Dated: August 20, 2026

K. W. CLARK AT LAW, PLLC

/s/Kenneth Clark
Kenneth Clark (Tex Bar # 24124678)
203 Chariss Glen Dr
League City, Texas 77573
Tel: (713) 788- 9275
E-mail: Kenneth.clark@kwclarklaw.com

-and-

**WARD LAW GROUP**
Damon L. Ward (Pro Hac Vice Forthcoming)
4057 Brunswick Avenue
St. Louis Park, Minnesota 55416
Tel: (612) 353-1000
E-mail: wardlawgroup.dlw@gmail.com

**ATTORNEYS FOR PLAINTIFF TEXAN WIRE WHEELS, LLC**

## INDEX OF EXHIBITS

- **EXHIBIT 1:** List of Anonymous Storefronts, Accounts, and Digital Identifiers (**John Does 1-100 and Jane Does 1-100**) and Corresponding Screenshots of infringement
- **EXHIBIT 2:** U.S. Patent and Trademark Office (USPTO) Trademark Registration Certificate
- **EXHIBIT 3:** Evidence of Visual Trade Dress Registration and Infringing Storefront Screenshots

# EXHIBIT 1

List of Anonymous Storefronts, Accounts, and Digital Identifiers (**John Does 1-100 and Jane Does 1-100**) and Corresponding Screenshots of infringement

SAMPLES OF ONLINE INFRINGEMENT

**1. 3DSCALEPARTS**




- In suit.

**2. Maslyn Online Store via SHOPIFY**

Sold via Swangers DJ Screwston H-Town Texas Slab City Houston Women T-Shirt Creates and sells custom merch that infringe on TWW brand ( t-shirts and sweat shirts) P

- FILED COMPLAINT VIA SHOPIFY as of 8/30/22
- received email response from Shopify stating that this is not a supported page despite the terms and conditions claiming to be hosted by Shopify
- possibly a scam website

**3. LeeShirt Graphics**

Owner: Brandy Lee
Sold via Etsy Houston Swangas Slab Culture Tee - Etsy
Creates and sells custom merch that infringe on TWW brand ( crew t-shirts)

- FILED COMPLAINT VIA ETSY as of 8/30/22

**4. Jonny Tats**

Sold via Etsy ADAPTNDOMINATE – Etsy.

**Creates and sells merch and stickers that infringe on TWW brand ( crew t-shirts, sweatshirts and jackets)**

- FILED COMPLAINT VIA ETSY as of 08/30/22

5. **Purple City Tees713**

Sold via Etsy H-town Swanga Tee - Etsy

- **Creates and sells merch and stickers that infringe on TWW brand ( crew t-shirts, sweatshirts and jackets)**

- FILED COMPLAINT VIA ETSY as of 8/30/22

6. **RosalesArtGalleryLLC**

Sold via ETSY https://www.etsy.com/shop/RosalesArtGalleryLLC?ref=simple-shop-header-name&listing_id=1242764602

- **Creates and sells HTown Croc Charms that infringe on TWW brand**
- FILED COMPLAINT VIA ETSY as of 8/30

7. **Haydens Hot Wheel Customs**

G:HHW Customs https://www.instagram.com/hhwcustoms/

- **Creates and sells custom wheels that infringe on TWW brand**

8. **txfitteds**

Selling caps with TWW Wheel design on Instagram

9. **Spokes -n-Vogues**

Selling and displaying infringing TWW Wheel design brand on Instagram at https://www.instagram.com/spokes_n_vogues/




10. **Texmademezken214**

Selling and displaying infringing TWW Wheel design brand in miniature on Instagram at https://www.instagram.com/texmademezken214/




11. **drankslash_**

Selling and displaying infringing TWW Wheel design brand on miniature scale vehicles on Instagram at **https://www.instagram.com/drankslash_/?hl=en**

- FILED COMPLAINT VIA INSTAGRAM
- Owner is Earl Marshall – moved and now avoiding service in another action
- Cease and desist letter sent.




12. **Texas Street Whipz**

Unauthorized advertising using Texan Wire Wheels, LLC trade dress on Instagram at https://www.instagram.com/texas_street_whipz/?hl=en

- **Trade shows, car shows**

13. **La_how_we_ridin**

Unauthorized advertising using Texan Wire Wheels, LLC trade dress on Instagram at https://www.instagram.com/p/CbQOcUJr0Z8/?hl=en




14. **THATSDOPEDIECASTCUSTOMS**

Selling and displaying infringing TWW Wheel design brand on miniature scale vehicles on Instagram at **https://www.instagram.com/thatsdopediecastcustoms/?hl=en**




- FILED COMPLAINT VIA INSTAGRAM

15. **Texmademezken214**

Selling and displaying infringing TWW Wheel design brand in miniature on Instagram at

https://www.instagram.com/texmademezken214/




**16. Texas Street Whipz**

**Unauthorized advertising using Texan Wire Wheels, LLC trade dress on Instagram at https://www.instagram.com/texas_street_whipz/?hl=en**

- **Trade shows, car shows**

17. Name: Vicente Orellana
Location: 3807 Dalmatian Dr,
Houston, TX 77045
Product Type: Model car wheels
Platform: facebook
Status: Cease and desist sent (6/10/2026), reported on Facebook

- Evidence:









-
-
-

18. Name: Jeffery A. Metzger (JPSCustomsMCTWheels)
Location: 3017 Lost Creek Rd N
Montrose, CO 81401
Product Type: Model Car Wheels
Platform: Instagram
Status: cease and desist sent (6/11/2026) and reported on instagram
Evidence:




19. Name: Christopher Martin Wellington
Location: 420 Gankler St, Memphis TN 38112
Product type: replica RC cars
Platform: facebook
Status: reported on facebook
Evidence:










20. Name: Jared Javon Jarmon
Address: 1800 Post Rd Apt 322, San Marcos, TX 78666

Platform: Facebook marketplace
Email: jaredjarmon210@gmail.com
Phone: 512 552-4739
Product Type: 3D printed replica
Status: reported multiple times on Facebook

Evidence:




21. Company Name: Project Torque
Owner: Melanie S. Robledo
Location: 2515 Holly Walk Ln
Spring, TX 77388
Platform: Website (https://projecttorquegarage.com/), instagram
Product Type: apparel
Status: cease and desist sent (8/11/2025), reported on instagram

Evidence:




22 Company: Faded World LLC
Owner/agent: Tyler Edmonds
Location:31306 Georgina Knoll Ct
Hockley, TX 77447
Platform: Instagram, website (https://fadedworld.co/)
Product type: apparel
Status: cease and desist sent (2/9/2026) and reported on instagram

Evidence:






23 Company: New City Brand
Owner/agent:Julius Mayweather
Location:5663 Terry Avenue,
St. Louis, MO 63120
Platform: Etsy, website (https://newcityapparel.com/)
Status: cease and desist sent (8/11/2026) and reported on Etsy
Product type: apparel, stickers




Evidence:









24 Company: 713 Shirts
Owner/agent: Christopher Pappas
Location: 8536 West Bellfort
Houston, TX, 77071
Platform: Instagram, website (https://713shirts.com/)
Product type: apparel
Status: cease and desist sent (8/11/2025) and reported on instagram
Evidence:




25. Company: AC Custon (custom)
Owner/agent: Danilo Sosa
Location: 5336 Blossom Brook Dr,
Sugar Hill, GA 30518
Platform: Tiktok, Instagram, Website (https://www.accuston.com/)
Product type: model car wheels
Status: Cease and desist sent (8/11/2025) and reported on instagram

Evidence:









25. Company: Etsy, Inc
    Legal : Attn: Colin Stretch, Chief Legal Officer
    Location: 117 Adams Street , Brooklyn, NY 11201
    Contact: Legal@etsy.com

Payment Methods: Credit/Debit Cards, PayPal, Apple Pay, Google Pay, and Etsy Gift Cards/Credits

26. Company: 3D Cults
    Legal: not yet known
    Location: **19 Rue du Colonel Bial, 19100 Brive-la-Gaillarde, FRANCE**
    **Contact: hugo@3dcults.com**
    **Payment methods: credit/debit, paypal, apple pay google pay**

**Status: Cease and desist sent through mail (4/15/2026) and by email (5/15/2026)-- no response**

**27. Company: Printable.co (Prusa Research a.s.)**
    **Legal: not yet known**
    **Location:** Prusa Research a.s.
    Partyzánská 188/7a
    170 00 Prague 7 – Holešovice
    Czech Republic
    **Payment methods: Free online data base**
    **Contact:** info@prusa3d.com, compliance@prusa3d.com
    +420 222 263 718

28. Company: Shopify
    Legal: Legal Department and Current C.L.O

Address: 151 O'Connor Street, Ground Floor, Ottawa,ON K2P 2L8, Canada
Contact: Legal@shopify.com

**EXHIBIT 2**

U.S. Patent and Trademark Office (USPTO) Trademark Registration Certificate

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 3,646,070**
**Registered June 30, 2009**

**United States Patent and Trademark Office**

**TRADEMARK**
**PRINCIPAL REGISTER**

# SLAB CULTURE

LYVON DAVIS (UNITED STATES INDIVIDUAL)
P.O. BOX 16145
HOUSTON, TX 77222

FOR: WEARABLE GARMENTS AND CLOTHING, NAMELY, SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-0-2008; IN COMMERCE 1-0-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-507,987, FILED 6-25-2008.

CHARLES L. JENKINS, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# '83s

**Reg. No. 3,988,183**

**Registered July 5, 2011**

**Int. Cl.: 12**

**TRADEMARK**

**PRINCIPAL REGISTER**

TEXAN WIRE WHEELS LLC (TEXAS LIMITED LIABILITY COMPANY)
945 MCKINNEY STREET, SUITE NO. 528
HOUSTON, TX 77002

FOR: VEHICLE WHEELS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 6-5-2006; IN COMMERCE 6-5-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,809,262, 3,883,082 AND OTHERS.

SEC. 2(F).

SER. NO. 85-014,454, FILED 4-15-2010.

GIANCARLO CASTRO, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Director of the United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# '84s

**Reg. No. 3,988,184**

**Registered July 5, 2011**

**Int. Cl.: 12**

**TRADEMARK**

**PRINCIPAL REGISTER**

TEXAN WIRE WHEELS LLC (TEXAS LIMITED LIABILITY COMPANY)
945 MCKINNEY STREET, SUITE NO. 528
HOUSTON, TX 77002

FOR: VEHICLE WHEELS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 7-0-2006; IN COMMERCE 7-0-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SEC. 2(F).

SER. NO. 85-014,461, FILED 4-15-2010.

GIANCARLO CASTRO, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

David J. Kappos

Director of the United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# SUPER POKE

**Reg. No. 3,882,951**

**Registered Nov. 30, 2010**

**Int. Cl.: 12**

**TRADEMARK**

**PRINCIPAL REGISTER**

TEXAN WIRE WHEELS LLC (TEXAS LIMITED LIABILITY COMPANY)
945 MCKINNEY STREET, SUITE NO. 528
HOUSTON, TX 77002

FOR: VEHICLE WHEELS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 8-21-2007; IN COMMERCE 8-21-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-014,467, FILED 4-15-2010.

GIANCARLO CASTRO, EXAMINING ATTORNEY

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# EXTREME POKE

**Reg. No. 3,882,953**

**Registered Nov. 30, 2010**

**Int. Cl.: 12**

**TRADEMARK**

**PRINCIPAL REGISTER**

TEXAN WIRE WHEELS LLC (TEXAS LIMITED LIABILITY COMPANY)
945 MCKINNEY STREET, SUITE NO. 528
HOUSTON, TX 77002

FOR: VEHICLE WHEELS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 6-17-2009; IN COMMERCE 6-17-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-014,476, FILED 4-15-2010.

GIANCARLO CASTRO, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# POKE

**Reg. No. 4,238,112**

**Registered Nov. 6, 2012**

**Int. Cl.: 12**

**TRADEMARK**

**PRINCIPAL REGISTER**

TEXAN WIRE WHEELS LLC (TEXAS LIMITED LIABILITY COMPANY)
945 MCKINNEY STREET, SUITE NO. 528
HOUSTON, TX 77002

FOR: VEHICLE WHEELS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 6-29-2012; IN COMMERCE 6-29-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-014,483, FILED 4-15-2010.

GIANCARLO CASTRO, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE · DEPARTMENT OF COMMERCE

David J. Kappos

Director of the United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# GOT SWANGAS?

**Reg. No. 3,988,198**

**Registered July 5, 2011**

**Int. Cls.: 25 and 35**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

TEXAN WIRE WHEELS LLC (TEXAS LIMITED LIABILITY COMPANY)
945 MCKINNEY STREET, SUITE NO. 528
HOUSTON, TX 77002

FOR: T-SHIRTS; TANK TOPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6-0-2007; IN COMMERCE 6-0-2007.

FOR: ON-LINE RETAIL STORE SERVICES FEATURING VEHICLE WHEELS AND VEHICLE WHEEL ACCESSORIES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 7-13-2006; IN COMMERCE 7-13-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SEC. 2(F).

SER. NO. 85-017,266, FILED 4-19-2010.

GIANCARLO CASTRO, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

David J. Kappos

Director of the United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# SWANGAS

**Reg. No. 3,988,199**

**Registered July 5, 2011**

**Int. Cl.: 12**

**TRADEMARK**

**PRINCIPAL REGISTER**

TEXAN WIRE WHEELS LLC (TEXAS LIMITED LIABILITY COMPANY)
945 MCKINNEY STREET, SUITE NO. 528
HOUSTON, TX 77002

FOR: VEHICLE WHEELS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 7-0-2006; IN COMMERCE 7-0-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SEC. 2(F).

SER. NO. 85-017,276, FILED 4-19-2010.

GIANCARLO CASTRO, EXAMINING ATTORNEY

Director of the United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# ELBOW

**Reg. No. 3,988,200**

**Registered July 5, 2011**

**Int. Cl.: 12**

**TRADEMARK**

**PRINCIPAL REGISTER**

TEXAN WIRE WHEELS LLC (TEXAS LIMITED LIABILITY COMPANY)
945 MCKINNEY STREET, SUITE NO. 528
HOUSTON, TX 77002

FOR: VEHICLE WHEELS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 6-5-2006; IN COMMERCE 6-5-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SEC. 2(F).

SER. NO. 85-017,282, FILED 4-19-2010.

GIANCARLO CASTRO, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Director of the United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,204,602**

**Registered May 16, 2017**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

Texan Wire Wheels, LLC (TEXAS LIMITED LIABILITY COMPANY)
Suite 528
945 McKinney Street
Houston, TX 77002

CLASS 12: Vehicle wheels

FIRST USE 8-21-2007; IN COMMERCE 8-21-2007

The mark consists of a three-dimensional configuration of a vehicle wheel featuring an arrangement of wire spokes emanating from a tire hub whereby one long and straight spoke is placed in-between two short and slightly curved spokes in a repeated pattern around the wheel. The matter shown in broken or dotted lines is not part of the mark and serves only to show the position or placement of the mark.

SEC.2(F)

SER. NO. 87-196,811, FILED 10-07-2016
CHRISTINA DE CALLOWAY, EXAMINING ATTORNEY

Michelle K. Lee

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**EXHIBIT 3**

Evidence of Visual Trade Dress Registration and Infringing Storefront Screenshots



