United States District Court
Southern District of Texas
**ENTERED**
October 22, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Texan Wire Wheels, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-26-6914 |
| | § | |
| Jane Does 1-100, John Does 1-100, | § | |
| and XYZ Company, | § | |
| | § | |
| Defendants. | § | |

**ORDER OF ADOPTION**

Having reviewed the Magistrate Judge's Report and Recommendation (docket no. 10) dated October 5, 2026, and no party having filed objections thereto, the Court is of the opinion that the Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED** that the Magistrate Judge's Report and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Plaintiff, Texan Wire Wheels, LLC's Ex Parte Application for Temporary Restraining Order; Seizure Order and an Order to Show Cause Why Preliminary Injunction and Seizure Order Should Not Issue (docket no. 2) is **GRANTED**.

A Temporary Restraining Order and Show Cause Order will be entered separately.

**SIGNED** at Houston, Texas, on this the 21st day of October, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE